## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Jill Yvette Stitt aka Jill Y. Stitt, aka Jill Stitt | **BK NO. 24-02088 MJC** |
| **Debtor(s)** | **Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
29 Aug 2024, 13:40:22, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322