

**Newman Williams, P.C.**

ATTORNEYS AT LAW

A Professional Corporation

712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

April 13, 2026

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

> ***RE:*** ***Jill Stitt***
> ***Case No.: 5:24-bk-02088***

Dear Clerk:

        We have been advised of a change of address for a creditor in the above-referenced case, as follows:

> Jill Stitt
> 221 Lennon Road
> Greentown, PA 18426

        Please correct the docket and mailing matrix accordingly.  Thank you.

                Very truly yours,

                */s/ Robert J. Kidwell, Esq.*

                Robert J. Kidwell, Esq.